# EXHIBIT 2

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant iConect Development, LLC - Claim 16**

Lone Star Document Management LLC ("Lone Star") provides evidence of infringement of claim 16 of U.S. Patent No. 6,918,082 (hereinafter "the '082 patent") by iConect Development, LLC ("iConect"). In support thereof, Lone Star provides the following claim charts.

"Accused Instrumentalities" as used herein refers to at least iConect systems and methods, including one or more hardware and software products for document and content management and related services, which by way of example include but are not limited to the iConect-Xera document management solution. (*see, e.g.*, iConect-Xera, https://go.iconect.com/see-a-demo-iconect-xera-0) (Exhibit 4) (the "Accused Instrumentalities").

These claim charts demonstrate iConect's infringement, and provide notice of such infringement, by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Instrumentalities. These claim charts are not intended to constitute an expert report on infringement. These claim charts include information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Instrumentalities, as iConect has not yet provided any non-public information. An analysis of iConect's (or other third parties') technical documentation and/or software source code may assist in fully identifying all infringing features and functionality. Accordingly, Lone Star reserves the right to supplement this infringement analysis once such information is made available to Lone Star. Furthermore, Lone Star reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claims.

Lone Star provides this evidence of infringement and related analysis without the benefit of claim construction or expert reports or discovery. Lone Star reserves the right to supplement, amend or otherwise modify this analysis and/or evidence based on any such claim construction or expert reports or discovery.

Unless otherwise noted, Lone Star contends that iConect directly infringes the '082 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Instrumentalities.

Unless otherwise noted, Lone Star believes and contends that each element of each claim asserted herein is literally met through iConect's provision of the Accused Instrumentalities. However, to the extent that iConect attempts to allege that any asserted claim element is not literally met, Lone Star believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Instrumentalities, Lone Star did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as set forth herein. In each

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant iConect Development, LLC - Claim 16**

instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused Instrumentalities, Lone Star asserts that, on information and belief, any similarly functioning instrumentalities also infringes the charted claim. Lone Star reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by iConect. Lone Star also reserves the right to amend this infringement analysis by citing other claims of the '082 patent, not listed in the claim chart, that are infringed by the Accused Instrumentalities. Lone Star further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant iConect Development, LLC - Claim 16**

| Claim #10 | Accused Instrumentalities |
|---|---|
| **A system for proofing electronic documents delivered over a network, comprising:** | **The Accused Instrumentalities comprise a system for proofing electronic documents delivered over a network.**<br><br>The Accused Instrumentalities include a system for proofing electronic documents delivered over a network.<br><br>In particular, the Accused Instrumentalities include "iCONECT-XERA", which uses a system for proofing electronic documents delivered over a network.<br><br>Simplify your life and your projects with iCONECT-XERA<br><br>• Navigate quickly from the dashboard<br>• Collaborate with clients and co-counsel<br>• Access on any operating system<br>• Use any browser<br>• Choose an integrated processing engine: Nuix or DFP Live<br>• Experience affordable, predictable Total Cost of Ownership<br><br>Source: iConect-Xera<br><br>https://go.iconect.com/see-a-demo-iconect-xera-0 (annotations added)<br><br>**DISCOVER FLEXIBILITY AND POWER WITH XERA®**<br>XERA represents the evolution of online hosted review platforms that improve efficiency and streamline workflows for legal review and collaborative investigations. The XERA Platform is a comprehensive litigation review and production solution developed in HTML5. It integrates modern design, intuitive functionality, supports multiple browsers and operates on a SQL® database (note - Oracle® coming soon). XERA is accessible through many connected devices such as desktops, laptops and tablets — including the iPad®. Designed by studying how you use the web, smartphones and tablet devices, XERA delivers familiar technology in an elegant platform for greater efficiency and accuracy.<br><br>Source: Discover Flexibility and Power with Xera<br><br>https://www.iconect.com/wp-content/uploads/2013/01/XERA_DataSheet-1.22.13.pdf (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant iConect Development, LLC - Claim 16**

**SIMPLIFIED, CONSISTENT REVIEW**

- Ensure review accuracy with coding groups and enforce data entry in key fields.
- Easily determine project status and share project material and external resources with comments, messages, and notifications.
- No-guess coding: bulk code all related documents with the same designation.
- Optimize native file and image review with dual monitor use, in the browser of your choice.
- Save time by reviewing audio and video files within XERA.
- Use less clicks with persistent, code like previous tagging.
- Flexible options to share files with external reviewers.
- Navigate through redactions.

Source: Simplified, Consistent Review

https://www.iconect.com/wp-content/uploads/2019/08/XERA_Data_Sheet_v9.17.pdf (annotations added)

| iCONECT-XERA FUNCTIONALITY AT A GLANCE | |
|---|---|
| Works with SQL® database. Store data in the cloud, on premise or with a vendor | ✓ |
| Chrome®, Firefox®, Safari® and Edge® support and mobile device support | ✓ |
| API for integration development | ✓ |
| 24/7 Support | ✓ |
| Customizable workflow | ✓ |
| Multi-level review capability and coding enforcement; share files externally | ✓ |
| Preview documents in thumbnail image format | ✓ |
| Statistical sampling | ✓ |

Source: DRAFT_XERA_Data_Sheet_2019_01_17, p.2

https://www.iconect.com/wp-content/uploads/2019/08/XERA_Data_Sheet_v9.17.pdf (annotations added)

The evidence above confirms that the Accused Instrumentalities include a system for proofing electronic documents delivered over a network.

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant iConect Development, LLC - Claim 16**

| | |
|---|---|
| | An example of a "proofing" within the '082 patent is "to view the document version for review and comment" (See '082, e.g., 3:59-62).<br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |
| **a database of portable format electronic documents stored together with at least one proofer identifier;** | **The Accused Instrumentalities comprise a database of portable format electronic documents stored together with at least one proofer identifier.**<br><br>The Accused Instrumentalities include a database of portable format electronic documents.<br><br>In particular, the Accused Instrumentalities include "iCONECT-XERA", which uses a database (Microsoft SQL) of documents including portable format electronic documents.<br><br>iCONECT-XERA FUNCTIONALITY AT A GLANCE<br>Works with SQL® database. Store data in the cloud, on premise or with a vendor ✓<br>Chrome®, Firefox®, Safari® and Edge® support and mobile device support ✓<br>API for integration development ✓<br>24/7 Support ✓<br>Customizable workflow ✓<br>Multi-level review capability and coding enforcement; share files externally ✓<br>Preview documents in thumbnail image format ✓<br>Statistical sampling ✓<br><br>Source: DRAFT_XERA_Data_Sheet_2019_01_17, p.2<br><br>https://www.iconect.com/wp-content/uploads/2019/08/XERA_Data_Sheet_v9.17.pdf (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant iConect Development, LLC - Claim 16**

FLEXIBILITY, SCALABILITY AND POWER
- Adapt to changing case-loads with a data storage option that meets your needs: in the cloud, in-house or through one of our legal service providers (LSP).
- Boost performance with on-demand worker resource allocation.

Source: DRAFT_XERA_Data_Sheet_2019_01_17, p.1

https://www.iconect.com/wp-content/uploads/2019/08/XERA_Data_Sheet_v9.17.pdf (annotations added)

The Accused Instrumentalities include the database of portable format electronic documents stored together with at least one proofer identifier.

In particular, the Accused Instrumentalities include "iCONECT-XERA", which uses a database (Microsoft SQL) of document (portable format electronic documents), stored together with at least one proofer identifier.

Multi-Level Security System
- Protect critical data with powerful multi-factor authentication.
- Ensure data protection with customizable access by project, database, role or user.
- Limit users to specific fields, batches, documents or workflow.
- Centralize user management by synchronizing with Active Directory.

Source: DRAFT_XERA_Data_Sheet_2019_01_17, p.1

https://www.iconect.com/wp-content/uploads/2019/08/XERA_Data_Sheet_v9.17.pdf (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant iConect Development, LLC - Claim 16**

| | |
|---|---|
| | **Logging in and Opening a Project**<br><br>1. Enter your user name and password for iCONECT. If needed, select the language in which you want to view the interface. Click **Log In**.<br><br>2. In the Projects page, click the JFK Documents project to open it.<br>This project is listed as a favorite under the Favorites heading.<br>**TIP:** Log out at any time: click your user name and selecting **Log Out**.<br><br>Source: iCONECT User Quick Reference (JFK), p.1<br><br>https://www.iconect.com/wp-content/uploads/2021/12/CONECT_User_QuickRef.pdf (annotations added)<br><br>The Accused Instrumentalities include a database of portable format electronic documents stored together with at least one proofer identifier.<br><br>An example of a "portable format document" within the '082 patent is "to allow document creators and document approvers (or proof-readers) to exchange computer files without regard to the original authoring software or computer platform." (See '082, e.g., 1:55-58). An example of a "proof identifier" within the '082 patent is "a client is a unique group/collection of proofers. In this regard, it is understood that members of a client group may each have the same or different proofer identifiers." (See '082, e.g., 5:35-38).<br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant iConect Development, LLC - Claim 16**

| | |
|---|---|
| **a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents; and** | **The Accused Instrumentalities comprise a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents.**<br><br>The Accused Instrumentalities include a computer connectable to the network for receiving a plurality of comments.<br><br>In particular, the Accused Instrumentalities include "iCONECT-XERA" which uses "Collaboration tool" for receiving reviewers' annotations (comments).<br><br>Discover Flexibility and Power with iCONECT-XERA®<br><br>*iCONECT-XERA delivers familiar technology in an elegant platform, with instant access, greater efficiency and accuracy.*<br>*iCONECT-XERA the evolution of online hosted review platforms with improved efficiency and streamlined workflows and use-cases across the data investigation spectrum.*<br>*Access it on any device including tablets and mobile phones.*<br><br>Source: DRAFT_XERA_Data_Sheet_2019_01_17.pdf, p.1<br><br>https://www.iconect.com/wp-content/uploads/2019/08/XERA_Data_Sheet_v9.17.pdf (annotations added)<br><br>SIMPLIFIED, CONSISTENT REVIEW<br>⊙ Streamline reviews with intelligent batching; batch documents by similar concepts.<br>⊙ Ensure review accuracy using coding groups – reviewers choose one tag in that group.<br>⊙ Work with documents in any language, including Chinese, Japanese and Korean.<br>⊙ Instantly determine project status by reviewing Comments, Tasks and Messages from team members.<br>⊙ Drive coding accuracy and gain collection insight through statistical sampling.<br>⊙ Quickly code all related documents with the same designation for quick and accurate review.<br><br>Source: XERA Data Sheet, p.1<br><br>https://www.iconect.com/wp-content/uploads/2013/01/XERA_DataSheet-1.22.13.pdf (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant iConect Development, LLC - Claim 16**



Source: Getting Started with iCONECT, p. 2

https://www.iconect.com/wp-content/uploads/2021/12/CONECT_User_QuickRef.pdf  (annotations added)

| | |
|---|---|
| Word Marking; pinpoint distinct words; print document-specific hit lists | ✓ |
| Navigate by redaction; mark and comment timestamps on audio/video files | ✓ |
| Produce native files and images to the format of your choice | ✓ |
| Generate OCR to extract redacted text from productions | ✓ |
| Robust searching with faceted searches, form-based searches and filtering | ✓ |
| Save and re-use keyword and conceptual searches | ✓ |
| Versatile dashboard easily customized with project metrics and collaborative tiles | ✓ |
| Interactive Project Teamwork (Real-time Messages and Comments) | ✓ |

x

Source: DRAFT_XERA_Data_Sheet_2019_01_17, p.2

https://www.iconect.com/wp-content/uploads/2019/08/XERA_Data_Sheet_v9.17.pdf(annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant iConect Development, LLC - Claim 16**

The Accused Instrumentalities include a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents.

In particular, the Accused Instrumentalities include "iCONECT-XERA" which uses "Collaboration tool" for receiving reviewers' annotations (comments), each concerning a particular one of the portable format documents.

Another unique feature of iCONECT-XERA that was highlighted in the guide is the collaboration tools. The **Comments** tab contain than annotation tools. Once a comment is added to a record (whether it's text-based, image or multi-media) the comment is linked section of the record, making it easy to jump back to that spot. The user can also send a notification to other users to promote collaboration. The recipients receive an email with the notification, and the notification is added to the recipients' dashboard, so wh they are currently logged on to the system is irrelevant. They still receive the notice.

Source: eDiscovery Buyers Guide Review

https://blog.iconect.com/more-from-the-ediscovery-buyers-guide-review?hs_amp=true (annotations added)

## Reviewing Documents

In Document View, you can review individual documents, search for keywords or phrases in a document, comment on a document, and review how these documents were categorized (or coded). See the final page of this file for a general overview of Document View.

Source: Reviewing documents

https://www.iconect.com/wp-content/uploads/2021/12/CONECT_User_QuickRef.pdf (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant iConect Development, LLC - Claim 16**



Source: eDiscovery Buyers Guide Review

https://blog.iconect.com/more-from-the-ediscovery-buyers-guide-review?hs_amp=true (annotations added)

11 of 27

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant iConect Development, LLC - Claim 16**

| | |
|---|---|
| | **collaborate**<br><br>- Apply comments on any record, including video.<br>- Notify colleagues of comments applied from within the review platform.<br>- Search for and view comments across the project.<br>- Select product language to match reviewers' languages: French, Russian, German, Mandarin, Japanese, English.<br>- Track activity and progress from your smart phone.<br>- Export reports to keep the team abreast of the project.<br><br>Source: Collaborate<br><br>https://go.iconect.com/see-a-demo-iconect-xera-0 (annotations added)<br><br><br>The evidence above confirms that the Accused Instrumentalities include a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents.<br><br>An example of a "computer connectable to the network" within the '082 patent is "Documents 54 are received from creators 56 and made available to proofers 52 over a network 58 by central computer 60." (See '082, e.g., 3:56-58). An example of "receiving plurality of comments" within the '082 patent is "Upon review of displayed document versions, proofers 52 may return comments 70 to central computer 60 for storage on database 64 together with the corresponding document version." (See '082, e.g., 4:6-9).<br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant iConect Development, LLC - Claim 16**

| a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents; | **The Accused Instrumentalities comprise a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents.** |
|---|---|
| | The Accused Instrumentalities include a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents. |
| | In particular, the Accused Instrumentalities include "iCONECT-XERA" which includes a program executing on computer for associating and storing the received "plurality of comments" together with "document" (i.e., the particular portable format electronic documents) in database. |
| | Another unique feature of iCONECT-XERA that was highlighted in the guide is the collaboration tools. The **Comments** tab contains more than annotation tools. Once a comment is added to a record (whether it's text-based, image or multi-media) the comment is linked to that section of the record, making it easy to jump back to that spot. The user can also send a notification to other users to promote collaboration. The recipients receive an email with the notification, and the notification is added to the recipients' dashboard, so whether they are currently logged on to the system is irrelevant. They still receive the notice. |
| | Source: eDiscovery Buyers Guide Review |
| | https://blog.iconect.com/more-from-the-ediscovery-buyers-guide-review?hs_amp=true (annotations added) |
| | **collaborate**<br>• Apply comments on any record, including video.<br>• Notify colleagues of comments applied from within the review platform.<br>• Search for and view comments across the project.<br>• Select product language to match reviewers' languages: French, Russian, German, Mandarin, Japanese, English.<br>• Track activity and progress from your smart phone.<br>• Export reports to keep the team abreast of the project. |
| | Source: Collaborate |
| | https://go.iconect.com/see-a-demo-iconect-xera-0 (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant iConect Development, LLC - Claim 16**

## Reviewing Documents

In Document View, you can review individual documents, search for keywords or phrases in a document, comment on a document, and review how these documents were categorized (or coded). See the final page of this file for a general overview of Document View.

Source: Reviewing documents

https://www.iconect.com/wp-content/uploads/2021/12/CONECT_User_QuickRef.pdf (annotations added)

**Multi-Level Security System**
- Ensure data integrity protection with privileged, safe access to data by project, database or user.
- Limit users to specific fields, batches, documents or workflows.

Source: XERA Data Sheet.pdf, p.2

https://www.iconect.com/wp-content/uploads/2013/01/XERA_DataSheet-1.22.13.pdf (annotations added)

### DISCOVER FLEXIBILITY AND POWER WITH XERA®

XERA represents the evolution of online hosted review platforms that improve efficiency and streamline workflows for legal view and collaborative investigations. The XERA Platform is a comprehensive litigation review and production solution devel in HTML5. It integrates modern design, intuitive functionality, supports multiple browsers and operates on a SQL® database (note - Oracle® coming soon). XERA is accessible through many connected devices such as desktops, laptops and tablets — including the iPad®. Designed by studying how you use the web, smartphones and tablet devices, XERA delivers familiar tech ogy in an elegant platform for greater efficiency and accuracy.

Source: Discover Flexibility and Power with Xera

https://www.iconect.com/wp-content/uploads/2013/01/XERA_DataSheet-1.22.13.pdf (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant iConect Development, LLC - Claim 16**

| | |
|---|---|
| Word Marking; pinpoint distinct words; print document-specific hit lists | ✓ |
| Navigate by redaction; mark and comment timestamps on audio/video files | ✓ |
| Produce native files and images to the format of your choice | ✓ |
| Generate OCR to extract redacted text from productions | ✓ |
| Robust searching with faceted searches, form-based searches and filtering | ✓ |
| Save and re-use keyword and conceptual searches | ✓ |
| Versatile dashboard easily customized with project metrics and collaborative tiles | ✓ |
| Interactive Project Teamwork (Real-time Messages and Comments) | ✓ |

Source: DRAFT_XERA_Data_Sheet_2019_01_17, p.2

https://www.iconect.com/wp-content/uploads/2019/08/XERA_Data_Sheet_v9.17.pdf (annotations added)

The evidence confirms that the Accused Instrumentalities include a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents.

An example of a "program executing on computer" within the '082 patent is "The computer also receives comments submitted by proofers, in which case the program stores the comments together with the corresponding document version." (See '082, e.g., 3:28-30).

To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial.

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant iConect Development, LLC - Claim 16**

| said computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document; | **The Accused Instrumentalities comprise a computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document.**<br><br>The Accused Instrumentalities include a computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document.<br><br>In particular, the Accused Instrumentalities include "iCONECT-XERA", which includes computer receiving a request from Reviewer (proofer) presenting their user ID (i.e., proofing identifier) to review the content (i.e., portable format document).<br><br>Source: iCONECT User Quick Reference (JFK).pdf, p.1<br><br>https://www.iconect.com/wp-content/uploads/2021/12/CONECT_User_QuickRef.pdf (annotations added)<br><br>Source: DRAFT_XERA_Data_Sheet_2019_01_17.pdf, p.2<br><br>https://www.iconect.com/wp-content/uploads/2019/08/XERA_Data_Sheet_v9.17.pdf (annotations added) |
|---|---|

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant iConect Development, LLC - Claim 16**

Viewing Documents

You can view a list of documents in Table View by selecting a folder in the **Documents by Release Date** tile, or another tile that contains folders. This will open the list of documents in Table View.

In Table View, you can review each document by double-clicking on a row. This will open the document in Document View.

Source: Quick File and Project Access

https://www.iconect.com/wp-content/uploads/2021/12/CONECT_User_QuickRef.pdf (annotations added)



Source: Quick File and Project Access

https://www.iconect.com/wp-content/uploads/2021/12/CONECT_User_QuickRef.pdf (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant iConect Development, LLC - Claim 16**

| | |
|---|---|
| | **iCONECT Document View**<br><br>Document View is used for reviewing documents: view one document at a time. The document could be in native format and could include text scanned or extracted from a document.<br><br>Use the Native file tab to review the native file in image format or review metadata in the Text tab.<br><br>Source: Quick File and Project Access<br><br>https://www.iconect.com/wp-content/uploads/2021/12/CONECT_User_QuickRef.pdf (annotations added)<br><br>The evidence above confirms that the Accused Instrumentalities include a computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document.<br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |
| **said program for retrieving and formatting the requested document together with the associated plurality of comments for simultaneous display to permit review.** | **The Accused Instrumentalities comprise a program for retrieving and formatting the requested document for simultaneous display to permit review.**<br><br>The Accused Instrumentalities include a program for retrieving and formatting the requested document.<br><br>In particular, the Accused Instrumentalities include "iCONECT-XERA", which provides program for retrieving and formatting "content" (i.e., the requested document). |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant iConect Development, LLC - Claim 16**

## DISCOVER FLEXIBILITY AND POWER WITH XERA®

XERA represents the evolution of online hosted review platforms that improve efficiency and streamline workflows for legal review and collaborative investigations. The XERA Platform is a comprehensive litigation review and production solution developed in HTML5. It integrates modern design, intuitive functionality, supports multiple browsers and operates on a SQL® database (note - Oracle® coming soon). XERA is accessible through many connected devices such as desktops, laptops and tablets — including the iPad®. Designed by studying how you use the web, smartphones and tablet devices, XERA delivers familiar technology in an elegant platform for greater efficiency and accuracy.

Source: DRAFT_XERA_Data_Sheet_2019_01_17.pdf, p. 1

https://www.iconect.com/wp-content/uploads/2019/08/XERA_Data_Sheet_v9.17.pdf  (annotations added)

## Reviewing Documents

In Document View, you can review individual documents, search for keywords or phrases in a doc comment on a document, and review how these documents were categorized (or coded). See the page of this file for a general overview of Document View.

Source: iCONECT User Quick Reference (JFK).pdf, p.1

https://www.iconect.com/wp-content/uploads/2021/12/CONECT_User_QuickRef.pdf (annotations added)

19 of 27

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant iConect Development, LLC - Claim 16**

SIMPLIFIED, CONSISTENT REVIEW

- Streamline reviews with intelligent batching; batch documents by similar concepts.
- Ensure review accuracy using coding groups – reviewers choose one tag in that group.
- Work with documents in any language, including Chinese, Japanese and Korean.
- Instantly determine project status by reviewing Comments, Tasks and Messages from team members.
- Drive coding accuracy and gain collection insight through statistical sampling.
- Quickly code all related documents with the same designation for quick and accurate review.

Source: DRAFT_XERA_Data_Sheet_2019_01_17.pdf, p. 2

https://www.iconect.com/wp-content/uploads/2019/08/XERA_Data_Sheet_v9.17.pdf (annotations added)

The Accused Instrumentalities include a program for retrieving and formatting the requested document together with the associated plurality of comments for simultaneous display to permit review.

In particular, the Accused Instrumentalities include "iCONECT-XERA", which includes tools for retrieving and formatting "content" (i.e., the requested document) together with the associated plurality of comments for simultaneous display to permit review.

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant iConect Development, LLC - Claim 16**

## Viewing Documents

You can view a list of documents in Table View by selecting a folder in the **Documents by Release Date** tile, or another tile that contains folders. This will open the list of documents in Table View.

In Table View, you can review each document by double-clicking on a row. This will open the document in Document View.

Source: iCONECT User Quick Reference (JFK).pdf, p.1

https://www.iconect.com/wp-content/uploads/2021/12/CONECT_User_QuickRef.pdf (annotations added)

| | |
|---|---|
| Word Marking; pinpoint distinct words; print document-specific hit lists | ✓ |
| Navigate by redaction; mark and comment timestamps on audio/video files | ✓ |
| Produce native files and images to the format of your choice | ✓ |
| Generate OCR to extract redacted text from productions | ✓ |
| Robust searching with faceted searches, form-based searches and filtering | ✓ |
| Save and re-use keyword and conceptual searches | ✓ |
| Versatile dashboard easily customized with project metrics and collaborative tiles | ✓ |
| Interactive Project Teamwork (Real-time Messages and Comments) | ✓ |

Source: DRAFT_XERA_Data_Sheet_2019_01_17.pdf, p. 2

https://www.iconect.com/wp-content/uploads/2019/08/XERA_Data_Sheet_v9.17.pdf (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant iConect Development, LLC - Claim 16**



Source: Getting Started with iCONECT, p. 3

https://www.iconect.com/wp-content/uploads/2021/12/CONECT_User_QuickRef.pdf   (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant iConect Development, LLC - Claim 16**



Source: Getting Started with iCONECT, p. 4

https://www.iconect.com/wp-content/uploads/2021/12/CONECT_User_QuickRef.pdf  (annotations added)

The evidence above confirms that the Accused Instrumentalities include a program for retrieving and formatting the requested document together with the associated plurality of comments for simultaneous display to permit review.

An example of "retrieving and formatting the requested document" within the '082 patent is "Subsequent formatting and display of the same document version may thereby include a complete history of comments submitted by various other reviewers." (See '082, e.g., 4:9-11).

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant iConect Development, LLC - Claim 16**

|  | To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |
|---|---|
| Claim 16 | Accused Instrumentalities |
| **The system of claim 10 wherein said program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record.** | **The Accused Instrumentalities comprise a program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record.**<br><br>The Accused Instrumentalities include a program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record.<br><br>The Accused Instrumentalities include "iCONECT-XERA" which provide a program for retrieving record corresponding to document (i.e., requested document) and transmit a URL link that point to the specific document" (i.e., document from data in the record).<br><br>Viewing Documents<br><br>You can view a list of documents in Table View by selecting a folder in the **Documents by Release Date** tile, or another tile that contains folders. This will open the list of documents in Table View.<br><br>In Table View, you can review each document by double-clicking on a row. This will open the document in Document View.<br><br>Source: iCONECT User Quick Reference (JFK).pdf, p.3<br><br>https://sam.gov/workspace/contract/opp/0aefff651743e74c9029158e6dbc557c/view (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant iConect Development, LLC - Claim 16**

**RECORD SELECTION**
Locate a record by
entering the record numbe
in the **Go to** box.

Source: iCONECT User Quick Reference (JFK).pdf, p.3

https://www.iconect.com/wp-content/uploads/2021/12/CONECT_User_QuickRef.pdf (annotations added)

**SPEED AND ACCURACY**

⊙ **Fast Advanced Analytics:** Identify significant documents with Xmplar™; retrieve all related documents with one click in Document View.

⊙ **Quick Review:** Easy review of related documents and attachments in Document View.

Source: XERA Data Sheet.pdf, p.1

https://www.iconect.com/wp-content/uploads/2013/01/XERA_DataSheet-1.22.13.pdf (annotations added)

**DISCOVER FLEXIBILITY AND POWER WITH XERA®**

XERA represents the evolution of online hosted review platforms that improve efficiency and streamline workflows for legal review and collaborative investigations. The XERA Platform is a comprehensive litigation review and production solution developed in HTML5. It integrates modern design, intuitive functionality, supports multiple browsers and operates on a SQL® database (note - Oracle® coming soon). XERA is accessible through many connected devices such as desktops, laptops and tablets — including the iPad®. Designed by studying how you use the web, smartphones and tablet devices, XERA delivers familiar technology in an elegant platform for greater efficiency and accuracy.

Source: Discover Flexibility and Power with Xera

https://www.iconect.com/wp-content/uploads/2013/01/XERA_DataSheet-1.22.13.pdf (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant iConect Development, LLC - Claim 16**

| | |
|---|---|
| | **RELATED DOCUMENTS**<br><br>**Keep document families together**<br>Locate and review related documents, even documents that are identified as related by third party eDiscovery applications.<br><br>Source: Supplemental Clauses for Subcontracts, p.3<br><br>https://www.lockheedmartin.com/content/dam/lockheed-martin/aero/documents/scm/tandc/Supplemental-Clauses/LMASCP_V17.pdf (annotations added)<br><br>**APIs**<br><br>**Integrate your third-party technology into the iCONECT interface**<br>Access your case management software from a tile on the iCONECT dashboard.<br><br>Source: XERA-with-Analytics.pdf, p.2<br><br>https://www.iconect.com/wp-content/uploads/2015/09/XERA-with-Analytics.pdf (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant iConect Development, LLC - Claim 16**

As a public service iCONECT is making a public web-based **fully searchable archive** of publicly available JFK documents. The documents have been downloaded from National Archives and are now available for search, sort, browse, organize and print on a NO-CHARGE basis using the iCONECT XERA platform. These 6701 documents are made available to independent researchers, academics and the general public worldwide. Simply follow the instructions to receive a UserName/Password to enter the site which includes a multi-language interface to the documents.

Source: JFK Files iCONECT Archive

https://go.iconect.com/jfk-xera-access (annotations added)

The evidence above confirms the Accused Instrumentalities include a program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record.

An example of "assembles a URL" within the '082 patent is "When a proofer requests a document version, the URL is assembled by combining the protocol and host "<protocol>://<host>" together with the directory tree structure assembled from the information about the document version "<client>/<version>/<name>". The complete URL takes the form <protocol>://<host>/<client>/<project>/<version>/<name>/." (See '082, e.g., 5:55-61). An example of "retrieved record" within the '082 patent is "information stored in records 88 for each unique tag 106 include creator identifier 108, creation date and time 110, approval status 112, document description 114, current version number 116 and latest version number 118" (See '082, e.g., 6:10-14).

To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial.